**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50076 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-01470-BTM |
| v. | |
| ALFREDO NAVARRO-GARCIA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Barry T. Moskowitz, District Judge, Presiding

Submitted December 19, 2011[**]

Before:    GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Alfredo Navarro-Garcia appeals from the 30-month sentence imposed

following his guilty-plea conviction for being a deported alien found in the United

States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C.

§ 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Navarro-Garcia contends that the district court misinterpreted Application Note 8 of U.S.S.G. § 2L1.2, erroneously depriving him of the cultural assimilation departure. He also contends that his sentence is substantively unreasonable. The district court did not procedurally err and Navarro-Garcia's low-end Guidelines sentence is reasonable in light of the totality of the circumstances and the sentencing factors set forth in 18 U.S.C. § 3553(a). *See Gall v. United States*, 552 U.S. 38, 51 (2007); *United States v. Dallman*, 533 F.3d 755, 761 (9th Cir. 2008) ("[W]e consider [Navarro-Garcia's] contention that the district court erred when it denied his motion for a downward departure . . . to the extent that the denial implicates the overall reasonableness of [his] sentence.").

**AFFIRMED.**